UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY ROBERT BRAKE,

        Petitioner,                  Case No. 1:11-cv-987

v.                                            Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to hold the petition in abeyance (docket #2) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated: October 12, 2011                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge